[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-11097

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

PACOMIO BLANCO-RUIZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:19-cr-00454-WMR-CCB-1

_____

Before WILSON, LUCK, and BLACK, Circuit Judges.

PER CURIAM:

Pacomio Blanco-Ruiz appeals from the district court's written judgment ordering an eight-month term of imprisonment following the revocation of his supervised release.  He asserts his sentence should be vacated and remanded for imposition of a corrected judgment because the written judgment conflicts with the oral pronouncement at sentencing.  The Government agrees that we should remand to allow the district court to correct the judgment to conform with the six-month term.

"When a sentence pronounced orally and unambiguously conflicts with the written order of judgment, the oral pronouncement governs." *United States v. Bates*, 213 F.3d 1336, 1340 (11th Cir. 2000).  The remedy for a conflict between an orally pronounced sentence and the written judgment is a limited remand with instructions to amend the judgment to conform to the oral pronouncement. *United States v. Chavez*, 204 F.3d 1305, 1316 (11th Cir. 2000).

The written judgment unambiguously contradicts the oral pronouncement at sentencing because it imposes an eight-month sentence, but the district court said twice at sentencing that it was varying downward from eight months to six months.  Blanco-Ruiz does not offer any other arguments challenging the revocation of his supervised release or his six-month sentence, and therefore, has abandoned any such challenges.  *See United States v. Campbell*, 26

23-11097              Opinion of the Court                    3

F.4th 860, 873 (11th Cir.) (*en banc*), *cert. denied*, 143 S. Ct. 95 (2022) (stating an issue not raised on appeal will be deemed abandoned and will not be addressed on appeal absent extraordinary circumstances). Accordingly, we affirm the revocation of Blanco-Ruiz's supervised release and his sentence and remand to the district court for the limited purpose of correcting the judgment to conform with the oral pronouncement of a six-month term of imprisonment.

**AFFIRMED and REMANDED.**